UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PEKIN INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CV-083 RM |
| ) | |
| ABSOLUTE CONSTRUCTION & ) | |
| DESIGN, INC., DAVID MICHAELS, ) | |
| and MARGARET MICHAELS, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

The court DENIES the plaintiff's motion for default judgment against David Michaels because it does not appear that the conditions of Federal Rule of Civil Procedure 54(b) are satisfied.

SO ORDERED.

ENTERED:   February 9, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court